MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BRIAN C. LEWIS  (DCBN 476851)
Assistant United States Attorney
   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile:  (510) 637-3724
   E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 12-0456 PJH |
| Plaintiff, ) | |
| ) | [~~PROPOSED~~] **ORDER EXCLUDING TIME FROM JUNE 12, 2012 TO JUNE 21, 2012** |
| v. ) | |
| KHOA DANG TRAN, ) | |
| Defendant. ) | |

    With the agreement of counsel for both parties and the defendant, the Court now finds and holds as follows:

    1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from June 12, 2012 to June 21, 2012.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for defense counsel to review discovery with his client, conduct investigation, and consult with his client.

    2. Given these circumstances, the Court finds that the ends of justice served by excluding the period from June 12, 2012 to June 21, 2012, outweigh the best interest of the public and the defendant in a speedy trial and filing of an indictment or information. 18 U.S.C.

ORDER EXCLUDING TIME
CR 12-0456 PJH

1  § 3161(h)(7)(A).

2      3. Accordingly, and with the consent of the defendant, the Court orders that the period from June 12, 2012 to June 21, 2012, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

    IT IS SO STIPULATED.

DATED: June 12, 2012             /s/
                               RANDALL KNOX
                               Counsel for Khoa Dang Tran

DATED: June 12, 2012             /s/
                               BRIAN C. LEWIS
                               Assistant United States Attorney

    IT IS SO ORDERED.

DATED: 06/13/12                /s/ Kandis Westmore
                               KANDIS A. WESTMORE
                               United States Magistrate Judge