1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  BRIAN C. LEWIS (DCBN 476851)
   Assistant United States Attorney
5       1301 Clay Street, Suite 340S
        Oakland, California 94612
6       Telephone: (510) 637-3680
        Facsimile:  (510) 637-3724
7       E-Mail: brian.lewis@usdoj.gov

8  Attorneys for the United States of America

9                          UNITED STATES DISTRICT COURT
10                        NORTHERN DISTRICT OF CALIFORNIA
11                                 OAKLAND DIVISION
12

13 UNITED STATES OF AMERICA,              )  NO. 12-0456-04 AND 05 PJH
14                                        )
         Plaintiff,                       )  NOTICE OF DISMISSAL AND ORDER
15                                        )
      v.                                  )
16                                        )
   KHOA TRAN AND TIFFANY HUYNH,           )
17                                        )
         Defendants.                      )
18 _____)

19      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United
20 States Attorney for the Northern District of California dismisses the above indictment without prejudice
21 and moves to vacate the May 7, 2014 status hearing.
22

23 DATED:                                     Respectfully submitted,

24                                            MELINDA HAAG
                                              United States Attorney
25
                                              */s/ Thomas E. Stevens*
26
                                              THOMAS E. STEVENS
27                                            Chief, Oakland Branch

28

   NOTICE OF DISMISSAL (CR 12-0456-04 and 05 PJH)

1  Leave is granted to the government to dismiss the indictment, and the May 7, 2014 status hearing
2  is vacated.
3
4
5  DATED: 5/6/14
6  _____
   PHYLLIS J. HAMILTON
   United States District Judge

NOTICE OF DISMISSAL (CR 12-0456-04 and 05 PJH)